IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02511-BNB

JOHN HENRY YOUNG,

    Applicant,

v.

WARDEN DAVIS,

    Respondent.

ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

    Applicant, John Henry Young, is a prisoner in the custody of the United States Bureau of Prisons, who currently is incarcerated at the United States Penitentiary in Florence, Colorado. Mr. Young, acting *pro se*, filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. The Court must construe the Application liberally because Mr. Young is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court, however, should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Young will be ordered to file an Amended Application.

    Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts requires that Mr. Young go beyond notice pleading. *See Blackledge v. Allison*, 431 U.S. 63, 75 n.7 (1977). Naked allegations of constitutional violations devoid of factual support are not cognizable in a federal habeas action. *See Ruark v. Gunter*, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Mr. Young must allege **on the Court-approved form** both the claims he seeks to raise and the specific facts to support each

asserted claim. The Court has reviewed the Application submitted to the Court on November 18, 2011, and finds that it is deficient. Mr. Young fails to assert the rights that have been violated and state the specific facts to support the violations.

It is not a judicial function to assist Mr. Young in stating a claim and the factual support for the claim. *Hall*, 935 F.2d at 1110. Therefore, Mr. Young will be ordered to file an Amended Application, **on the Court-approved form**, that states all specific claims for relief and provides specific facts in support of each asserted claim. Accordingly, it is

ORDERED that **within thirty days from the date of this Order** Mr. Young file an Amended Application that complies with the Order. It is

FURTHER ORDERED that Mr. Young shall obtain the Court-approved form used in filing 28 U.S.C. § 2241 actions (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at [www.cod.uscourts.gov](www.cod.uscourts.gov). It is

FURTHER ORDERED that if Mr. Young fails within the time allowed to file an Amended Application, as directed above, the action will be dismissed without further notice.

DATED December 7, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
 United States Magistrate Judge